**2ND DIVISION**

FILED 02/13/12 09:33:14
LARRY CRANE PULASKI CIRCUIT CLERK
ESB

February 13, 2012

**60CV 2012 7391**

IN THE PULASKI COUNTY CIRCUIT COURT PULASKI COUNTY, ARKANSAS
AFFIDAVIT

| | |
|---|---|
| DWIGHT ELLIS BROOKS | PLAINTIFF |
| VS DEFENDANTS | VIOLATION AS ENGAGE IN ACTS AND CONDUCTS THAT IS PREJUDICIAL TO THE ADMINISTRATION OF |
| STACEY E. MCCORD | JUSTICE BY FRAUD AND CONSPIRACY TO IMPEDE, DALAY HINDER AND OBSTRUCT THE DUE AND PROPER ADMINISTRATION |
| DANIEL A. APPLEGATE | OF JUSTICE UNDER CASE NO 60CV 2011 5682 AS REMOVAL DOCUMENT FILED ON 01/10/2012 WAS FALSIFIED AND SUSAN |
| SUSAN WEBBER WRIGHT | WEBBER WRIGHT LACK JURISDITION UNDER 28 USCA 1446 (B) AS UNTIMELY AND SHOULD HAVE REMANDED BACK TO STATE COURT. SEE 28-USCA 1447 (C) FIRST NAT. BANK IN LITTLE ROCK V. JOHNSON AND JOHNSON E.D. ARK. 1978, 455 F.SUPP. 361 REMOVAL OF CASE 107(8). STACEY E. MCCORD AND DANIEL A. APPLEGATE AID AND ABETTED SUSAN WEBBER WRIGHT IN WILLFULLY, KNOWINGLY, |
| COMPLAINT | INTENTIONAL WITH MALICE FRAUD, PERJURY AND CORRUPTLY OBSTRUCTION OF JUDICIAL PROCEEDING IN THE PULASKI COUNTY CIRCUIT COURT UNDER CASE NO. 60CV 2011 5682 AND IS NOT ENTITLE TO JUDICIAL IMMUNITY AS SUSAN WEBBER WRIGHT LACK AUTHORITY AS PER 28 USCA 1447(C) |

COMPLAINT AND PETITION TO REDRESS

COME PLAINTIFF AND PETITIONER, DWIGHT ELLIS BROOKS FOR DUE PROCESS AND EQUAL JUSTICE UNDER THE LAW IN STATE COURT AS THE LAWS OF THIS STATE HAVE BEEN VIOLATED BY STACEY E. MCCORD, DANIEL A. APPLEGATE AND SUSAN WEBBER WRIGHT AS STATED ABOVE AND IS APART OF THE COMPLAINT AND PETITION TO REDRESS AS JUDGE YOU HAVE FRAUD, CONSPIRACY, OBSTRUCTION OF JUSTICE, PERJURY, MALICE WITH THE KNOWLEDGE OF CIRCUIT JUDGE TIM FOX UNDER CASE NO. 60CV 2011-5682 AS SUSAN WEBBER WRIGHT LACK JURISDITION OF INTERNAL REVENUE SERVICE 01/04/2012 FILED MOTION FOR EXTENSION OF TIME IN THE PULASKI COUNTY CIRCUIT COURT ATTACHED AND PLAINTIFF 01/06/2012

FILED MOTION FOR JUDGMENT BY DEFAULT IN THE PULASKI COUNTY CIRCUIT COURT WITH EXHIBIT (A) AND EXHIBIT (B) AS PROOF OF SERVICE ON THE U.S. ATTORNEY AND INTERNAL REVENUE SERVICE ATTACHED AS PLAINTIFF ALSO FAXED A COPY OF MOTION FOR JUDGMENT BY DEFAULT TO CIRCUIT JUDGE TIM FOX ON 01/06/2012 AS REMOVAL ON 01/10/2012 AS UNTIMELY AS DID NOT COMPLY WITH 30 DAYS PROCEDURE REQUIREMENT AS SUSAN WEBBER WRIGHT LACK JURSIDITION OF THE ABOVE SUBJECT MATTER AND COMMITTED MALICE FRAUD AGAINST PLAINTIFF AND MALICE FRAUD ON THIS COURT AND PLAINTIFF AND THIS COURT HAVE A RIGHT TO REDRESS. ENTER JUDGMENT FOR COMPENSATORY DAMAGES FOR $46926.60 AND PUNITIVE DAMAGES FOR $5,000,000.00 AGAINST DEFENDANTS INDIVIDUAL AND JOINTLY FOF WILLFULLY, KNOWINGLY, UNLAWFULLY, IMTENTIONAL, PURPOSELY AND UNCONSTITUTIONAL ENGAGING IN FALSE, DECEPTIVE, UNCONSCIONABLE ACTS IN COMMERCE IN VIOLATION OF ARKANSAS STATE UNFAIR AND DECEPTIVE PRACTICE ACTS AND CONSPIRACY TO VIOLATE ARKANSAS STATE LAWS WITH MALICE. I AM A BLACK CITIZEN OF PULASKI COUNTY, ARKANSAS AND DUE TO THE CIVIL RIGHTS VIOLATION IN THIS COURT. I AM ASKING THAT A WHITE JUDGE NOT BE ASSIGNED TO THIS CASE AS WHITE PEOPLE STICK TOGETHER AS WHITE ON RICE. IT IS MY OPINION THAT THIS COURT WILL TRY TO WILLFULLY AND KNOWINGLY, PURPOSELY AND INTENTIONAL COVER UP FOR FEDERAL JUDGE SUSAN WEBBER WRIGHT. NO MORE MALICE FRAUD PLEASE AS A BLACK MAN IN THIS STATE OF ARKANSAS CAN NOT GET A WHITE MAN TO PROSECUTE A WHITE CORRUPT FEDERAL JUDGE IN THE STATE OF ARKANSAS AS BLACK PEOPLE IN THE STATE OF ARKANSAS HAVE NO RIGHT TO DUE PROCESS AND EQUAL PROTECTION OF THE LAWS SEE CASE NO 60CV 2011 5682 IN THE PULASKI COUNTY CIRCUIT COURT AND UNLAWFULLY REMOVAL TO FEDERAL COURT UNDER 4 14-CV-16SWW SUSAN WEBBER WRIGHT. SEE ALSO 4-88-204 AS PLAINTIFF WITH DATE OF BIRTH 02/08/1950 IS AN ELDER AND HAVE SUFFERS DAMAGES AS A RESULT OF MALICE FRAUD AND VIOLATION OF THIS STATUTE 4-88-204 AND HAS A CAUSE OF ACTION TO RECOVER ACTUAL

DAMAGES AND PUNITIVE DAMAGES. ENTER JUDGMENT AGAINST DEFENDANTS TRIAL BY JURY DAMANDED ARCP RULE 38. UNLAWFULLY MONOPOLIES

TABLE OF AUTHOTITY

(1) 28 USCA 1447 (C) MALICE FRAUD IN THE REMOVAL 01/10/2012
(2) ARKANSAS STATUTES 4-88-107, 4-88-108, 4-88-204, 4-75-201 4-75-301, 4-75-302
(3) LEE V. STATE, 27 ARK. APP. 198, 770 S.W. 2D 148 (1989), CERT DENIED 493 U.S. 847, 110 S.CT. 142, 107 L.ED. 2D 101 (1989) CONCERT ACTS AND CONDUCTS IN FELONY
(4) WILLIAMS V. STATE 302 ARK. 234, 788 S.W. 2D 241 (1990) ARK CODE 5-37-201 FALSIFYING BUSINESS RECORDS
(5) BRITTON V. ROGERS, C.A. ARK. 1980, 631 F.2D 572, CERTIORARI DENIED 101 S.CT 2021, 451 U.S. 939, 68 L.ED 2D 327 RACIAL DISCRIMINATION INTENT WITH DENIAL OF EQUAL PROTECTION OF THE LAWS
(6) FANNING V. STATE, 199 ARK 1187, 136 S.W. 2D (1940) ACCESSORY AND ACCOMPLICES 5-2-404, 5-36-103, 5-3-401
(7) ARK. STATUTES, 5-2-402, 5-3-202, 5-3-201, 5-37-202, 5-3-402, 5-3-403, 5-2-403
(8) SHRADER V. STATE, 13 ARK. APP. 17,678 S.W. 2D 777 (1984) CO CONSPIRATOR IS ALSO AN ACCOMPLICE IN VIOLATION OF LAWS
(9) 18 USCA 371, 241 AND 242, 42 USCA 1981, 1983, 1985, 1986
(10) THARP V. SMITH 326, AR. 260, 930 S.W. 2D 350 (1996)
(11) LEWIS V. CROWE, 296 ARK. 175, 752 S.W. 2D 280 (1988)
(12) SEBASTIAN V. U.S. C.A. ARK 1976, 351 F.2D 900, CERTIORARI DENIED 97 S.CT. 153, 429 U.S. 856, 50 L ED. 2D 133 42 USCA 1985 CONSPIRACY TO DENY EQUAL PROTECTION OF THE LAW U.S. CONSTITUTION AMEND 14, 5 AND 1
(13) RIGHT TO REDRESS MORALES V. TURMAN D.C. TEXAS 1971 326 F.SUPP 677

I AM OF SOUND MIND CAPABLE OF MAKING THIS AFFIDAVIT UNDER OATH AND I HAVE PERSONAL KNOWLEDGE OF THE FACTS STATED HEREIN SUBSCRIBED AND SWORN BEFORE ME THIS 13 DAY OF Feb 2012

_/s/ Dwight Ellis Brooks_
PLAINTIFF, COMPLAINANT, AFFIANT AND PETITIONER
DWIGHT ELLIS BROOKS
13815 HUNTLEIGH DR
LITTLE ROCK, AR. 72212
501-227-7083 MOBILE 501-786-7844

_/s/ Shannon Koder_
NOTARY PUBLIC MY COMMISSION EXPIRES:
03-02-2020

[Notary Seal: Shannon Koder, Commission No. 12375331, Notarial Seal, Expires 3-2-2020, Saline County, Arkansas]

*[Handwritten annotations at top:]* From Dwight Brooks In The Pulaski County Circuit Court 06/20/2012 06 CV 2012-739

**EXHIBIT (D) DICTATOR** ↓

Grounds For Impeachment  **A TYRANT**
U.S. Judge Chief William Riley

June 11, 2012

IN THE UNITED STATES COURT OF APPEALS FOR THE 8TH CIRCUIT ST. LOUIS, MO.

DWIGHT ELLIS BROOKS                        APPELLANT

VS CASE NO 12-1519

INTERNAL REVENUE SERVICE                  APPELLEE

PETITION ( MOTION ) FOR RULE ON THE CLERK
RULE 27(A)

AID AND ABETTING OBSTRUCTION OF JUSTICE ON THE MERITS OR TECHNICALITY

18 USCA 1505, 1503, 1512, 1515, 1341, 241, 242, 371,
1961, 1962, 1963 1964(C)
CERTIFIED U.S. MAIL, 7011-2000-0001-3168-8398 TO MICHAEL E GANS, CLERK
ON 06/11/2012

I AM OF SOUND MIND CAPABLE OF MAKING THIS PETITION (MOTION) FOR RULE ON THE CLERK AFFIDAVIT UNDER OATH AND I HAVE PERSONAL KNOWLEDGE OF THE FACTS STATED HEREIN SUBSCRIBED AND SWORN BEFORE ME THIS 11 DAY OF June 2012

*[Signature:]* Dwight Ellis Brooks

DWIGHT ELLIS BROOKS, APPELLANT, COMPLAINANT AND PETITIONER
13815 HUNTLEIGH DR
LITTLE ROCK, ARKANSAS 7221 501 227-7083 786-7844

*[Signature:]* Shannon Koder
NOTARY PUBLIC MY COMMISSION EXPIRES: 03-02-2020

*[Notary Seal: Shannon Koder, Commission No. 12375337, Notarial Seal, Saline County, Arkansas, Expires 3-2-2020]*

*[Handwritten annotations at bottom:]*

With Malice Grounds For Impeachment EXIST

For Filing 06/28/2012

See Appellant Probable Cause Affidavit Brief, Willfully + Knowing Conceal Unlawfully.

From Dwight Brooks 6/20/2012

(11) THARP V SMITH 326, AR.260, 930 S.W. 2D 350 (1996)
LEWIS V CROWE, 296 ARK. 175, 752 S.W. 2D 280 (1988) DEFAULT JUDGMENT DENIED UNLAWFULLY.
(12) SEBASTIAN V U.S. C.A. ARK. 1976, 351 F.2D 900 CERTIORARI DENIED 97 S.CT. 153, 429 U.S. 856, 50 L ED 2D 133 42 USCA 1985 CONSPIRACY TO DENY EQUAL PROTECTION OF THE LAWS U.S. CONSTITUTION AMEND 14, 5 AND 1
(13) 18-USCA 371, 241, 242, 1961, 1962, 1963, 1964(C) 1505, 1503, 1341, 1621, 1623. 42 USCA 1981, 1983, 1985 1986.

REVERSE AND REMAND BACK TO THE PULASKI COUNTY CIRCUIT COURT
6TH DIVISION ON MY 01/06/2012 FILED MOTION FOR JUDGMENT
BY DEFAULT BY INTERNAL REVENUE SERVICE

CERTIFICATE OF SERVICE BY THE U.S. POSTAL MAIL ON 04/04/2012 TO THE FOLLOWING:

(1) CLERK UNITED STATES COURT OF APPEALS FOR 8TH CIRCUIT
111 SOUTH 10TH 24TH FLOOR ST. LOUIS, MO. 63102
CERTIFIED MAIL 7011 2000 0001 3170 1578
ORIGINAL PROBABLE CAUSE AFFIDAVIT WITH 11 COPIES . RETURN ONE FILED COPY TO DWIGHT BROOKS AS SOON AS POSSIBLE.

(2) PATRICIA M. BOWMAN USDOJ TAX DIVISION, APPELLATE SECTION
P.O. BOX 502 WASHINGTON, D.C. 20044 04/04/2012

(3) OFFICE OF THE CLERK U.S. GOVERNMENT HOUSE OF REPRESENTATIVE JUDICIARY AND HOUSE REFORM COMMITTEE RAYBURN HOUSE OFFICE BUILDING INDEPENDENCE AVE. SOUTH CAPITOL S/W ROOM 2157 WASHINGTON, D.C. 20515 04/04/2012

(4) U.S. ATTORNEY GENERAL ERIC HOLDER 950 PENNSYLVANIA AVE N/W WASHINGTON, D.C. 20530-0001 04/04/2012

(5) U.S. ATTORNEY CHRIS THYER 525 W. CAPITOL AVE SUITE 500
LITTLE ROCK, AR. 72201

I AM OF SOUND MIND CAPABLE OF MAKING THIS PROBABLE CAUSE AFFIDAVIT BRIEF UNDER OATH AND I HAVE PERSONAL KNOWLEDGE OF THE FACTS STATED HEREIN SUBSCRIBED AND SWORN BEFORE ME THIS 4 DAY OF April 2012

*Dwight Ellis Brooks* (signature)
DWIGHT ELLIS BROOKS, APPELLANT, PLAINTIFF, COMPLAINANT PETITIONER
13815 HUNTLEIGH DR LITTLE ROCK, AR. 72212 501 227 7083 786 7844

*Shannon Koder* (signature)
NOTARY PUBLIC MY COMMISSION EXPIRES: 3-20-2020

[Notary Seal: Shannon Koder, Commission No. 12375331, Notarial Seal, Saline County, Arkansas, Expires 3-2-2020]

EXHIBIT (G)

Case
1CV201
1ASK 5682
unity
cuit court

2CV16SWW
federal District
crt

-1519
th Circuit
crt of
appeals
"S"

# Judge orders identity of Fox panelists released

GROBMYER
ROOFING
Call: 501-661-3131
Roof Repairs & New Roofs
Third Generation - Our 50th Year

SIMMONS FIRST
Buying
or Refinancing

3.25
3.5342

Case 4:12-cv-00784-DPM Document 2 Filed 12/19/12 Page 7 of 10

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 16 2012

JAMES W. McCORMACK, CLERK
By: _____
                          DEP CLERK

IN THE PULASKI COUNTY CIRCUIT COURT
CASE 60CV 2012 739
PLK 340-8420 2ND DIVISION

July 16, 2012

TO CIRCUIT JUDGE CHRIS PIAZZA
501-340-8563 FAXED 08/06/2012

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS WESTERN DIVISION

AFFIDAVIT

FARMERS AND RANCHERS COOPERATIVE ASSOCIATES, INC. PLAINIFF

VS CASE NO. 4 12 CV 409 KGB    U.S. V. MYERS, N.D. CAL. 1955, 131 F.SUPP. 525

TOM VILSACK, SECRETARY U.S. DEPARTMENT OF AGRICULUTURE    DEFENDANT
HEARING DEMANDED
DUE PROCESS AMEND 5

MOTION FOR DISQUALIFICATION OF

U.S. DISTRICT JUDGE KRISTINE G. BAKER AND ASSISTANT
U.S. ATTORNEY RICHARD M PENCE JR. FOR PERSONAL BIAS AND
PREJUDICE AGAINST DWIGHT ELLIS BROOKS AS PRESIDENT AND AGENT
OF FARMERS AND RANCHERS COOPERATIVE ASSOCIATES, INC.
28 USCA 144, 455 (B) 5 (I) )IV), 542, 526 AND 528

COME PLAINTIFF, DWIGHT ELLIS BROOKS AS PRESIDENT AND AGENT OF FARMERS AND RANCHERS COOPERATIVE ASSOCIATES, INC. FOR DISQUALIFICATION OF U.S. DITRICT COURT JUDGE KRISTINE G. BAKER AND ASSISTANT U.S. ATTORNEY RICHARD M. PENCE JR. FOR PERSONAL BIAS AND PREJUDICE AGAINST DWIGHT ELLIS BROOKS AS PRESIDENT AND AGENT AS STATED ABOVED. U.S. V. FERGUSON, D.C. N.Y. 1982, 550 F. SUPP. 1256  POPE V. STATE 1987, 354 S.E. 2D. 429, 257 GA 32 CERTIORARI DENIED 108 S.CT 207, 484 U.S. 873, 98 L.ED 2D 159 WINDSOR V. U.S. DEPT OF JUSTICE, C.A. 6 ( TENN.) 1984, 740 F2D 6 MITCHELL V. STATE 295. ARK. 341, 750 S.W. 2D 936 (1988) PROBABLE CAUSE REED V STATE 9 ARK. APP. 164, 656 S.W. 2D 249 (1983) SEE AFFIDAVIT ON 06/29/2012 FILED IN THE PULASKI COUNTY CIRCUIT COURT ON MALICE FRAUD, PERJURY AND OBSTRUCTION OF STATE COURT PROCEEDING BY U.S. DISTRICT COURT JUDGE KRISTINE G. BAKER AND ASSISTANT U.S. ATTORNEY RICHARD M. PENCE JR WITH MALICE UNDER STATE LAWS, FLEMING

CLERK 501 340-8420 FAXED
JUDGE CHRIS PIAZZA 501-340-8563
60 CV 2012 739

IN THE PULASKI COUNTY CIRCUIT COURT
CASE 60 CV 2012 739 2ND DIVISION
TO CIRCUIT JUDGE CHRIS PIAZZA

V. STATE, 14 ARK. APP. 205, 686 S.W. 2D 803 AND OTHERS. NO IMMUNITY

FOR INTENTIONAL TORT, BATTLE V. HARRIS 298 ARK. 241, 766 S.W. 2D 431

(1989). SEE U.S. V. HANRAHAN, D.C. D.C. 1965 248 F SUPP 471 AND

BROTHERHOOD OF LOCOMOTIVE V. BANGOR AND A.R. CO. 1967, 380 F2D 570,

127 U.S. APP. D.C. 23 CERTIORARI DENIED 88 S.CT. 437 389 U.S. 327

19 L ED 2D 560 28 USCA 144 AND 455. U.S. DISTRICT COURT JUDGE

KRISTINE G. BAKER AND ASSISTANT U,S ATTORNEY RICJHARD M. PENCE

JR. SHALL NOT PARTICIPATE IN THIS CASE ANY FURTHERANCE OF VIOLATION

OF THE STATES AND FEDERAL LAWS,18-USCA 1001. PERSONAL BIAS, PREJUDICE

AND CONFLICT OF INTEREST AND GROUNDS EXIST FOR DISQUALIFICATIONS
ALSO MOTION TO COMPEL 28 USCA 1361, 2671 ET SEQ 1346 B 1402
I HAVE MAILED COPY OF THIS MOTION TO ASSISTANT U.S. ATTORNEY
    RICHARD M. PENCE JR 425 W CAPITOL AVE. SUITE 500 LITTLE ROCK,
    ARKANSAS 72201 ON 07/16/2012 BY U..S MAIL.

1, DWIGHT ELLIS, PRESIDENT AND AGENT OF FARMERS AND RANCHERS COOPERATIVE
ASSOCIATES, INC. AM OF SOUND MIND CAPABLE OF MAKING THIS DISQUALIFICATION
AFFIDAVIT UNDER OATH AND I HAVE PERSONAL KNOWLEDGE OF THE FACTS STATED
HEREIN THIS 16Th DAY OF JULY 2012

AFFIDAVIT MADE IN GOOD FAITH

DWIGHT ELLIS BROOKS, PRESIDENT AND AGENT FOR EQUAL PROTECTION AND EQUAL
JUSTICE FOR TECHNICAL ASSISTANCE FOR THE BENEFIT OF THE SMALL SOCIALLY-
DISADVANTAGED AGRICULTURE PRODUCERS
FARMERS AND RANCHERS COOPERATIVE ASSOCIATES, INC.
P.O. BOX 594
ENGLAND, ARKANSAS 72046
501-786-7844
1 AM NATURAL BORN CITIZEN OF LONOKE COUNTY, ARKANSAS 72046
AND A CITIZEN OF PULASKI COUNTY, ARKANSAS. 72212

FAXED 05/06/2012
CLERK 501-340-8430
JUDGE CHRIS PIAZZA 501-340-8563

EXHIBIT H

Notary for Dwight E Brooks in regards to a two page document titled "Motion For Disqualification"

State of Arkansas

County of __Pulaski__

On this the _16_ day of ___July__, 2012_, before me, Jennifer Welch_, the undersigned notary, personally appeared Dwight E Brooks_ known to me (or satisfactorily proven) to be the person whose name(s) is/are subscribed to the within instrument and acknowledged that he/she/they executed the same for the purposes therein contained.

In witness whereof I hereunto set my hand and official seal.

JENNIFER WELCH
MY COMMISSION # 12371747
EXPIRES: June 25, 2019
Pulaski County

_____
Notary Public

My Commission Expires: ____06/25/2019_____

FAXED 08/06/2012
IN The Pulaski County Circuit Court case 60 CV 2012 739 2ND Division To Circuit Judge Chris Piazza
60 CV 2012 739

EXHIBIT H
4-12 CV 409 KGB

HON. CHRIS PIAZZA - 2ND DIVISION 6TH CIRCUIT
401 WEST MARKHAM/ROOM 230
LITTLE ROCK, AR 72201
Phone: (501) 340 8424

Dwight Ellis Brooks
13815 HUNTLEIGH DR
LITTLE ROCK, AR. 72212

## Case# 60CV-12-739
DWIGHT ELLIS BROOKS V STACEY E MCCORD ET AL

**MOTION HEARING**

---

July 27, 2012

The above-referenced case has been set for **MOTION HEARING** on November 13, 2012 at 01:00 PM in the Circuit Court Of Pulaski County, Courtroom 230, 2nd Division.

It is the responsibility of the parties/attorneys to notify this office of any parties/attorneys who have been inadvertently omitted from this notice.

---

cc:

Receipt is acknowledged of the above notice this **1st** day of **August**, 20**12**.

Signature: *Ellis Brooks*

Please sign and return a copy to:
Trial Court Assistant
HON. CHRIS PIAZZA - 2ND DIVISION 6TH CIRCUIT
401 WEST MARKHAM/ROOM 230
LITTLE ROCK, AR 72201
Thank you.

[Handwritten annotations:]
- EXHIBIT K 08/06/2012
- NOT DONE
- FAXED 501-340-8420 CLERK
- 501-340-8563
- 501-340-8563
- circuit judge Chris Piazza
- ARCP Rule 56 & 55
- Due Process U.S. Amend 14(1)
- GROSS MISCONDUCT
- FAXED 501-340-8563 08/01/2012
- WINDSOR V. U.S. DEPT. OF JUSTICE C.A. 6 (Tenn) 1984, 740 F2D 6
- From Dwight Ellis Brooks, Plaintiff